FILED

APR - 6 2017

Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 16-123-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER ALLOWING ATTORNEY SHENA ROATH TO WITHDRAW |
| JESSICA IRENE MOODY, | |
| Defendant. | |

Upon the Defendant's Motion to Allow Attorney Shena Roath to Withdraw (Doc. 17), and for good cause being shown,

IT IS HEREBY ORDERED that the Motion is GRANTED. Shena Roath's name shall be removed as attorney of record in this matter as of the date of this Order. The law firm of Karl Knuchel, P.C. shall remain counsel of record for Defendant, Jessica Moody.

The Clerk of Court is directed to notify the parties of the making of this order.

DATED this 6th day of April, 2017.

*/s/ Susan P. Watters*
SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE